IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

In re the Detention of A.O.,     )     No. 79996-7-I
    )
STATE OF WASHINGTON,     )
    )
    Respondent,     )
    )
    v.     )     UNPUBLISHED OPINION
    )
A.O.,     )
    )
    )
    )
    Appellant.     )     FILED: __DEC 3 0, 2019__

PER CURIAM — A.O. appeals an order revoking her release to a less restrictive alternative from her involuntary commitment. She contends, and the State concedes, that the order must be vacated because the court entered insufficient findings to support revocation. See In the Matter of the Detention of G.D., __ Wn.App.2d __ , 450 P.3d 668 (2019) (boilerplate findings insufficient to permit meaningful review of determination that appellant presented a likelihood of serious harm to herself).

We accept the concession of error and remand for further proceedings consistent with this opinion.

FOR THE COURT:

_Mann, ACJ_

_Dwyer, J._

_Appelwick, J._